UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

**DALE DAHL,**

    Plaintiff,

vs.

**AETNA LIFE INSURANCE COMPANY,**

    Defendant.

Civ. No. 14-5053-JLV

**STIPULATION OF DISMISSAL**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by counsel, and stipulate that this action be dismissed with prejudice.

WHEREFORE, the parties, by counsel, stipulate that this action be dismissed with prejudice, without further notice to any party, and with each party to bear its own costs and attorney fees.

Dated:   March 18, 2015.

s/ _____
Daniel E. Ashmore
GUNDERSON, PALMER,
NELSON & ASHMORE
506 6th Street
P.O. Box 8045
Rapid City, SD 57709
Ph.: (605) 342-1078
dashmore@gpnalaw.com
ATTORNEYS FOR PLAINTIFF

s/ _____
Jeffrey G. Hurd
BANGS, McCULLEN, BUTLER,
FOYE & SIMMONS, L.L.P.
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709
Ph.: (605) 343-1040
Fx: (605) 343-1503
jhurd@bangsmccullen.com

and,

Eric P. Mathisen
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.:   (219) 242-8666
Fx.:   (219) 242-8669
eric.mathisen@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT