UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DALE DAHL,<br><br>    Plaintiff,<br><br> vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIV. 14-5053-JLV<br><br>JUDGMENT OF DISMISSAL |

 Pursuant to the parties' stipulation of dismissal (Docket 38), it is hereby

 ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and without costs or further notice to either party.

 Dated March 19, 2015.

       BY THE COURT:

       /s/ *Jeffrey L. Viken*
       JEFFREY L. VIKEN
       CHIEF JUDGE